1 Ryan Lee, Esq. (SBN: 024846)
KROHN & MOSS, LTD.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 Tel: 323-988-2400 x241
Fax: 866-861-1390
4 rlee@consumerlawcenter.com
Attorneys for Plaintiff,
5 Charles and Anne Keller

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Charles and Anne Keller, | ) | **Case No.: 2:10-cv-02422-NVW** |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| Cavalry Portfolio Services, LLC, | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Charles and Anne Keller, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: January 14, 2011        KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on January 14, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.


By:    /s/ Ryan Lee

Ryan Lee, Esq.